**Order filed March 13, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

### NO. 14-11-01071-CV

_____

**LINDA LEE BRUEGGEBORS, Appellant**

**V.**

**RICHARD PAUL BRUEGGEBORS, Appellee**

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 1983-28363**

## O R D E R

This is an appeal from a judgment signed October 27, 2011. Appellant filed her notice of appeal on December 8, 2011. Appellant also filed an affidavit of inability to pay costs in this court on January 13, 2012. On February 14, 2012, in accordance with Tex. R. App. P. 20.1(d)(2), the trial court clerk and the court reporter were notified that appellant filed an affidavit of indigence in this court and a contest was due in this court on or before February 29, 2012. As of this date, no contest has been filed in this court. Appellant is therefore deemed indigent for purposes of appeal and the record will be provided without

prepayment of costs. *See* TEX. R. APP. P. 20.1(f). Accordingly, we issue the following order.

The Harris County District Clerk is ordered to file a complete clerk's record in this appeal on or before **April 12, 2012**. The court reporter, Benjamin Alva, is ordered to file a complete reporter's record in this appeal on or before **April 12, 2012**. If no record was taken during the underlying proceedings, the court reporter shall so advise this court within 10 days from the date hereof. Appellant's brief will be due 30 days after the complete record has been filed. *See* TEX. R. APP. P. 38.6(a).

PER CURIAM